UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL A. TANZI**,
    Plaintiff,

v.

**RON DESANTIS, et al.**,

    Defendants.
_____/

Case No.: 4:25cv144-TKW-MAF

**EMERGENCY INJUNCTIVE RELIEF SOUGHT**
**EXECUTION SCHEDULED FOR APRIL 8, 2025 at 6:00 P.M.**

## NOTICE OF APPEAL

Notice is hereby given that Michael A. Tanzi, Plaintiff in this suit, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Stay of Execution (Doc. 24) entered by this Court on April 3, 2025, denying his Emergency Motion for Stay of Execution (Doc. 2).

Respectfully submitted,

*/s/ Terri L. Backhus*
TERRI L. BACKHUS
Fla. Bar No. 946427
Backhus & Izakowitz, P.A.
13321 Lake George Lane
Tampa, FL 33618
*terribackhus@gmail.com*
PRO BONO COUNSEL FOR MR. TANZI

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing notice was electronically served on this date, April 3, 2025, to the defendants in this matter through the ECF system.

*/s/ Terri L. Backhus*
TERRI L. BACKHUS