UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL A. TANZI**,

    **Plaintiff**,

v.                                        Case No.: 4:25cv144-TKW-MAF

**RON DESANTIS, et al.**,

    **Defendants**.

_____/

## ORDER

Upon due consideration of Plaintiff's motion for leave to proceed in forma pauperis (Doc. 34), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff is authorized to proceed in forma pauperis in this case.

**DONE AND ORDERED** this 10th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**