# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-11082-P
Case Style: Michael A.Tanzi v. Governor of Florida, et al
District Court Docket No: 4:25-cv-00144-TKW

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11082

_____

MICHAEL ANTHONY TANZI,

                Plaintiff-Appellant,

versus

GOVERNOR OF FLORIDA,
CHIEF FINANCIAL OFFICER,
ATTORNEY GENERAL, STATE OF FLORIDA,
COMMISSIONER OF AGRICULTURE,
IANBERRY,
Coordinator, Office of Executive Clemency,
CHAIRMAN, COMMISSIONER FLORIDA COMMISSION ON OFFENDER REVIEW,
RICHARD DAVISON,
Commissioner of the Florida Commission on Offender Review,
SUSAN MICHELLE WHITWORTH,
Commissioner of the Florida Commission on Offender Review,
BRANDY FORTUNE,

2      Order of the Court      25-11082

Capital Punishment Research Specialist; Florida Commission on Offender Review,

DIRECTOR, OFFICE OF CLEMENCY INVESTIGATIONS,

Florida Commission on Offender Review,

WENDY SCHULTE,

Commission Investigator for the Florida Commission on Offender Review,

KARYN ROTH,

Commission Investigator for the Florida Commission on Offender Review,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:25-cv-00144-TKW

_____

Before WILLIAM PRYOR, Chief Judge, and JILL PRYOR and LAGOA, Circuit Judges.

BY THE COURT:

Michael Anthony Tanzi's death has mooted this appeal. Therefore, the Clerk is directed to close this case.